State v. Warren

vehicle. Defendant denied seeing a blue light or hearing a siren before the accident. As a result of injuries sustained in the wreck, defendant Monty Rackley incurred medical expenses and was unable to work for a week. Defendant Jo Ann Rackley's automobile was badly damaged.

The jury found plaintiff was not entitled to recover any amount. It awarded Jo Ann Gainey Rackley $3,000.00 on her counterclaim but did not award damages to Monty Rackley.

*William K. Rhodes, Jr., by Jay D. Hockenbury for plaintiff appellant.*

*Smith & Spivey by Jerry L. Spivey for defendant appellees.*

———————

STATE OF NORTH CAROLINA v. EDDIE J. WARREN

No. 7418SC333

(Filed 1 May 1974)

Criminal Law § 161— exception to entry of judgment

Exception to the entry of judgment presents the face of the record for review.

APPEAL by defendant from *Crissman, Judge,* 24 September 1973 Session of Superior Court held in GUILFORD County.

Defendant was indicted for the first degree murder of Jerry McCoy. The State elected to try defendant for second degree murder. He was convicted of that crime, and judgment imposing a prison sentence of not less than 15 nor more than 20 years was entered.

*Attorney General Robert Morgan by Lester V. Chalmers, Jr., Assistant Attorney General, for the State.*

*Bob Scott for defendant appellant.*

VAUGHN, Judge.

The only exception in the record is to the entry of the judgment. This exception presents the question of whether error appears on the face of the record. *State v. Williams,* 235 N.C. 429, 70 S.E. 2d 1. Defendant was tried on a proper indictment in a court of competent jurisdiction. The verdict supports the judgment, and the sentence imposed is within the applicable statutory limits. We find no error.

No error.

Judges CAMPBELL and MORRIS concur.